**97–2282.  Jewett v. Owners Ins. Co.**
Licking App. No. 97CA24.  Discretionary appeal allowed and cause held for the decision in 97–402 and 97–551, *Ross v. Farmers Ins. Group of Cos.*, Montgomery App. No. 15865;  briefing schedule stayed.
  DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.

**97–2317.  State v. Dickinson.**
Union App. No. 14–97–11.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**97–2318.  State v. Patton.**
Union App. No. 14–97–13.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2319.  State v. Lacey.**
Union App. No. 14–97–15.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2320.  State v. Collins.**
Union App. No. 14–97–18.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2321.  State v. Elkins.**
Union App. No. 14–97–21.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2322.  State v. Souder.**
Union App. No. 14–97–12.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2323.  State v. Fielder.**
Union App. No. 14–97–10.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2324.  State v. Johnson.**
Union App. No. 14–97–16.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2325.  State v. Vaughan.**
Union App. No. 14–97–14.  Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *supra;* briefing schedule stayed.

**97–2328.  Ruge v. Conrad.**
Clark App. No. 97CA0015.  The appeal of Richard Ruge is allowed.
  MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.
  The cross-appeal of Ohio Bureau of Workers' Compensation and the Industrial Commission of Ohio is allowed.
  RESNICK, F.E. SWEENEY and COOK, JJ., dissent.